■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AHMED KAMAL, Appellant. [40 NYS3d 912]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Cohen, J.), rendered January 22, 2015, convicting him of attempted assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the mandatory surcharge and fees imposed at sentencing should be waived is unpreserved for appellate review (*see People v Ruz*, 70 NY2d 942, 943 [1988]; *People v Francis*, 82 AD3d 1263 [2011]; *People v Ziolkowski*, 9 AD3d 915 [2004]) and, in any event, without merit (*see* CPL 420.35 [2]; *People v Jones*, 26 NY3d 730 [2016]; *People v Bones*, 52 AD3d 522, 523 [2008]; *People v Domin*, 13 AD3d 391, 392 [2004]; *People v Owens*, 10 AD3d 619 [2004]). Chambers, J.P., Dickerson, Duffy and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MARK MENDOZA, Defendant. [40 NYS3d 920]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Putnam County (Reitz, J.), rendered October 29, 2013.

Ordered that the application is granted, and the defendant's notice of appeal is deemed to have been timely filed.

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Roman, Cohen and Miller, JJ., concur.